☐ ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HEALTHCARE UK LIMITED, | CIVIL ACTION |
| Plaintiff/Counterdefendant, | No. 09-974-RK |
| v. | FILED UNDER SEAL |
| BECKMAN COULTER, INC. and BECKMAN COULTER GENOMICS, INC., | Unsealed 3/11/2011 |
| Defendants/Counterclaimants. | |

## ORDER

**AND NOW**, this   20th   day of December, 2010, upon consideration of Plaintiff/Counterdefendant GE Healthcare UK Limited's ("GE") Claim Construction Brief (Doc. No. 75), Defendants/Counterclaimants Beckman Coulter, Inc. and Beckman Coulter Genomics, Inc.'s (collectively, "Beckman") Claim Construction Brief (Doc. No. 73), and the Responses, Replies, and supporting documents thereto, as well as the arguments made during the Claim Construction Hearing, it is hereby **ORDERED** that the parties' disputed claim terms from the patents-in-suit are construed as outlined below:

(1)   "beads which do not specifically bind the nucleic acid" is construed as follows: beads that do not bind to the nucleic acid in a way that is governed by the particular structure of that particular nucleic acid;

(2)   "becomes aggregated with and entraps the beads" is construed as follows: clusters with and entraps the beads;

(3)   "becomes non-specifically associated with the beads" is construed as follows: interacts with the beads in a way that is not governed by the particular structure of

      that particular nucleic acid;

(4)    "suspended" is construed as follows: dispersed in the absence of a magnetic field; and

(5)    "re-suspend the beads" is construed as follows: re-disperse the beads in the absence of a magnetic field.

It is **FURTHER ORDERED** that Beckman's Objections to GE's Introduction of New Evidence During the Claim Construction Hearing (Doc. No. 96) is **DENIED AS MOOT**.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] The Court did not need to consider the reexamination materials at issue to perform the relevant claim constructions.